UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Kenneth Rosellini
Attorney at Law
636A Van Houten Avenue
Clifton, New Jersey 07013
(973) 998-8375
Fax : (973) 998-8376

**Order Filed on July 20, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:

Maruja Carrascoso

Case Number: 18-22638-SLM

Hearing Date: _____

Judge: Stacey L. Meisel

Chapter: 13

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 20, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑    Granted.  The deadline to file schedules is extended to _____July 20, 2018_____.

☐    Denied.

*Rev. 7/1/04; jml*